In the Matter of the Application of DAVID LIND, Appellant, for a Peremptory Mandamus Order against SAMUEL LEVY, President of the Borough of Manhattan, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JOHN P. SLEMO, Appellant, v. VITUS C. LAMBERT, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ISAAC SILVER, Respondent, v. WILLIAM H. SYDEMAN and JOSEPH M. SYDEMAN, Doing Business, etc., Appellants. JOSEPH M. SYDEMAN and Another, Plaintiffs, v. ISAAC SILVER, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

RUDOLPH MAYER PICTURES, INC., and Others, Respondents, v. PATHE NEWS, INC., and R. K. O. NEW YORK CORPORATION, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of BETTY F. GOLDBLOOM, Appellant, for a Mandamus Order against JAMES J. SEXTON, President, and Others, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; O'Malley, J., dissents.

LENA BECKER and JOHN BECKER, Respondents, v. THE EAST ASIATIC COMPANY, LIMITED, Appellant, Impleaded with Another.— Determination affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ. [142 Misc. 568.]

In the Matter of the Application of APOLLO CONSTRUCTION CORPORATION, Appellant, against SAMUEL LEVY, President of the Borough of Manhattan, Respondent.— Order, as resettled, dated February 4, 1932, modified in so far as to grant an alternative order of mandamus, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; McAvoy and Townley, JJ., dissent and. vote for affirmance. Appeal from order dated March 3, 1932, dismissed, without costs. Settle order on notice.

TOLLA RAY BOSWELL, JR., Respondent, v. ANITA ARGUIMBAU, Appellant.— Order so far as appealed from modified by denying the motion to vacate the notice · of examination in all respects, and as so modified affirmed, with ten dollars costs and disbursements to the appellant; the examination to proceed at the time and place fixed in the order appealed from. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

BOYLE HOLDING CORPORATION, Appellant, v. MEDGREEN REALTY CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to move to have the case preferred and tried at once. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.